UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:  )  Case No. 11-07734
    SANDERS, MELVIN K.  )
    )
    )
    )
    )
    )
    Debtor(s)  )

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on September 22, 2011 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  August 25, 2011        By:  /s/ Richard M. Fogel
                                                        Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SANDERS, MELVIN K | § | Case No. 11-07734 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 8,200.09 |
| and approved disbursements of | $ 15.72 |
| leaving a balance on hand of [1] | $ 8,184.37 |

**Balance on hand:** $ 8,184.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | RBS Citizens, N.A. | 688,976.34 | 6,614.37 | 0.00 | 6,614.37 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 6,614.37 |
| Remaining balance: | $ 1,570.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,570.00 | 0.00 | 1,570.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,570.00 |
| Remaining balance: | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,467.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | American Express Bank, FSB | 33,382.66 | 0.00 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 546.98 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 8,893.82 | 0.00 | 0.00 |
| 6 | Us Dept Of Education | 54,659.59 | 0.00 | 0.00 |
| 7 | RBS Citizens | 4,984.51 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-07734-JPC
Melvin K Sanders                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 2          Date Rcvd: Aug 26, 2011
                    Form ID: pdf006          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2011.
```
db         +Melvin K Sanders,    4848 W. Washington,    Garden apartment,    Chicago, IL 60644-3627
aty        +Mark D Weisman,    Law Office of Mark D. Weisman,    100 W Monroe Ste 1310,
             Chicago, IL 60603-1944
tr         +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
             Chicago, IL 60654-4766
16874783   +Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7723
16874784   +American Express,    P.O. Box 6618,    Omaha, NE 68106-0618
17436394    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16874785   +Amex,    P.o. Box 297871,    Fort Lauderdale, FL 33329-7871
16874786   +Associated Recovery Systems,    Department 5996,    P.O. Box 1259,    Oaks, PA 19456-1259
16874787   +Bac Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
16874789   +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
16874788   +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
16874790   +Chase Home Finance,    P.O. Box 901039,    Fort Worth, TX 76101-2039
16874791   +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
16874792   +Credit One Bank,    PO Box 98875,    Las Vegas, NV 89193-8875
17450666    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16874793   +First Chicago Bank and Trust,    1145 N. Arlington Heights Road,    Itasca, IL 60143-3171
16874794    Kramer & Associates,    P.O> Box 505,    Linden, MI 48451-0505
16874795   +Lupel Weinberger LLP,    30 N. LaSalle,    35th floor,    Chicago, IL 60602-2508
17270965   +MidFirst Bank,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
16874798   +Midland Mortgage Company,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6116
16874799   +Natiional Credit Adj,    327 W 4th St,    Hutchinson, KS 67501-4842
17441871  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    c/o Orchard Bank,   POB 41067,
             Norfolk VA 23541)
16874800   +PORTFOLIO RECVRY&AFFIL,    120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4962
17535448   +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
16939485   +RBS Citizens, National Association,    Michael Weininger,    Marjorie Schaffner,
             Lupel Weinninger LLP,    30 N LaSalle St Suite 3520,    Chicago, IL 60602-3334
16874801   +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
16874802   +Steven Grossman,    17 N. State,    Suite 990,    Chicago, IL 60602-3569
16874803  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US Bank,    Attn: Bankruptcy Dept.,    4801 Frederica Street,
             Owensboro, KY 42301)
16874804   +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16874797   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 27 2011 02:06:49     LVNV FUNDING LLC,
             PO BOX 740281,    HOUSTON, TX 77274-0281
16874796   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 27 2011 02:06:49     LVNV Funding,
             P.O. Box 10584,    Greenville, SC 29603-0584
                                                                                              TOTAL: 2
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mrahmoun           Page 2 of 2              Date Rcvd: Aug 26, 2011
                              Form ID: pdf006          Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                    **Signature:**    _Joseph Speetjens_