**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SANDERS, MELVIN K  § Case No. 11-07734
   §
   §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $325,948.00    Assets Exempt: $7,948.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,614.46    Claims Discharged
    Without Payment: $109,327.41

Total Expenses of Administration: $1,585.73

---

   3) Total gross receipts of $  8,200.19  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $8,200.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,680,133.17 | $898,869.45 | $216,507.57 | $6,614.46 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,585.74 | 1,585.73 | 1,585.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,234.85 | 102,467.56 | 102,467.56 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,771,368.02 | $1,002,922.75 | $320,560.86 | $8,200.19 |

    4) This case was originally filed under Chapter 7 on February 26, 2011. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2011      By: /s/RICHARD M. FOGEL
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account Citibank xxxx9478 (Debtor will | 1129-000 | 8,200.00 |
| Interest Income | 1270-000 | 0.19 |
| **TOTAL GROSS RECEIPTS** | | **$8,200.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RBS Citizens, N.A. | 4220-000 | 718,280.00 | 688,976.34 | 6,614.46 | 6,614.46 |
| 2 | MidFirst Bank | 4210-000 | 210,708.00 | 209,893.11 | 209,893.11 | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 161,945.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 122,075.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 4110-000 | 230,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Chicago Bank and Trust | 4110-000 | 206,057.17 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servicing | 4110-000 | 31,068.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,680,133.17** | **$898,869.45** | **$216,507.57** | **$6,614.46** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,570.02 | 1,570.01 | 1,570.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 15.72 | 15.72 | 15.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,585.74 | 1,585.73 | 1,585.73 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Express Bank, FSB | 7100-000 | 33,382.00 | 33,382.66 | 33,382.66 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 569.00 | 546.98 | 546.98 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 8,893.00 | 8,893.82 | 8,893.82 | 0.00 |
| 6 | Us Dept Of Education | 7100-000 | 36,547.00 | 54,659.59 | 54,659.59 | 0.00 |
| 7 | RBS Citizens | 7100-000 | 4,984.00 | 4,984.51 | 4,984.51 | 0.00 |
| NOTFILED | Marin | 7100-000 | 1,507.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank Nevada   N. | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc Bank Nevada   N. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Marin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Natiional Credit Adj | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Natiional Credit Adj | 7100-000 | 495.85 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 1,207.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 923.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 2,727.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 91,234.85 | 102,467.56 | 102,467.56 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-07734  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** SANDERS, MELVIN K  **Filed (f) or Converted (c):** 02/26/11 (f)
  **§341(a) Meeting Date:** 04/12/11
**Period Ending:** 11/01/11  **Claims Bar Date:** 07/15/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 4848 W. Washington, Chicago, IL 60644 2 flat plu<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 4347 W. Van Buren, Chicago, IL 60624 7 unit buil<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 4951-53 W. Walton, Chicago, IL 60651 (property s<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | 4351 W. Van Buren, Chicago, vacant lot<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cash on hand Location: In debtor's possession<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account Citibank xxxx9478 (Debtor will<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 2,000.00 | 8,200.00 | | 8,200.00 | FA |
| 7 | Checking/Savings Northstar Credit Union xxxx2203<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods and furnishings including 12 yea<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 9 | Ordinary Wearing Apparel Location: In debtor's p<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term Life Insurance (no cash value) Northwestern<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Whole Life Insurance (debtor' sister is benefici<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,448.00 | 0.00 | DA | 0.00 | FA |
| 12 | 457 compensation plan Location: Held in trust by | 0.00 | 0.00 | DA | 0.00 | FA |

Printed: 11/01/2011 07:02 AM    V.12.57

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-07734  
**Case Name:** SANDERS, MELVIN K  

**Period Ending:** 11/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/26/11 (f)  
**§341(a) Meeting Date:** 04/12/11  
**Claims Bar Date:** 07/15/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | CHA pension Location: In debtor's possession      Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interest in LLC and corporations, Debtor was sol      Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Rents from 12 previous tenants Debtor believes t      Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1990 Lexus (195,000 miles) Location: In debtor's      Orig. Asset Memo: Imported from original petition Doc# 1 | 1,400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.19 | FA |
| 17 | Assets    Totals (Excluding unknown values) | **$327,948.00** | **$8,200.00** | | **$8,200.19** | **$0.00** |

RE PROP# 6    Debtor had excess funds in account on petition date that were used for building repairs per housing court order and will be reimbursed from insurance settlement proceeds

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012         **Current Projected Date Of Final Report (TFR):**    August 4, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-07734  
**Case Name:** SANDERS, MELVIN K

**Taxpayer ID #:** **-***6286  
**Period Ending:** 11/01/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/11 | {6} | US BANK | Non-exempt bank account funds | 1129-000 | 8,200.00 | | 8,200.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 8,200.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,200.09 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 15.72 | 8,184.37 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,184.43 |
| 09/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 8,184.47 |
| 09/21/11 | | To Account #9200******3366 | Close account and transfer for final distributions | 9999-000 | | 8,184.47 | 0.00 |

|  | ACCOUNT TOTALS | 8,200.19 | 8,200.19 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 8,184.47 | |
|  | **Subtotal** | 8,200.19 | 15.72 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$8,200.19** | **$15.72** | |

{} Asset reference(s)

Printed: 11/01/2011 07:02 AM  V.12.57

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-07734  
**Case Name:** SANDERS, MELVIN K  

**Taxpayer ID #:** **-***6286  
**Period Ending:** 11/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/11 | | From Account #9200******3365 | Close account and transfer for final distributions | 9999-000 | 8,184.47 | | 8,184.47 |
| 09/22/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,570.01, Trustee Compensation; Reference: | 2100-000 | | 1,570.01 | 6,614.46 |
| 09/22/11 | 102 | RBS Citizens, N.A. | 100.00% dividend on Claim # 1- VOID Voided on 09/22/11 | 4220-000 | | ! 6,614.37 | 0.09 |
| 09/22/11 | 102 | RBS Citizens, N.A. | 100.00% dividend on Claim # 1- VOID Voided: check issued on 09/22/11 | 4220-000 | | ! -6,614.37 | 6,614.46 |
| 09/22/11 | 103 | U.S. Bankruptcy Court | COMBINED SMALL CHECK- VOID Voided on 09/22/11 | 4210-000 | | ! 0.09 | 6,614.37 |
| 09/22/11 | 103 | U.S. Bankruptcy Court | COMBINED SMALL CHECK- VOID Voided: check issued on 09/22/11 | 4210-000 | | ! -0.09 | 6,614.46 |
| 09/22/11 | 104 | RBS Citizens, N.A. | Dividend on secured claim #1 | 4220-000 | | 6,614.46 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 8,184.47 | 8,184.47 | $0.00 |
| | Less: Bank Transfers | | 8,184.47 | 0.00 | |
| | **Subtotal** | | 0.00 | 8,184.47 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$8,184.47** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******33-65** | 8,200.19 | 15.72 | 0.00 |
| **Checking # 9200-******33-66** | 0.00 | 8,184.47 | 0.00 |
| | $8,200.19 | $8,200.19 | $0.00 |